NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA Y. MABEY | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Civil No. 11-cv-00478 (DMC)(JAD) |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 464A, WILLIAM EDMONDS, MICHAEL PISCATELLI, JOHN NICCOLAI, et al. | |
| Defendants | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by UFCW Local 464 A ("Defendant") to dismiss the complaint of Patricia Y. Mabey ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6). Pursuant to Fed. R. Of Civ. P. 78, no oral argument was heard.

After considering the submissions of the parties, and based upon the Court's Opinion filed this day,

IT IS on this __31__ day of May, 2011;

**ORDERED** Defendants motion to dismiss Plaintiff's complaint is **granted.**

_____
DENNIS M. CAVANAUGH, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Hon. Joseph A. Dickson, U.S.M.J.